IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

EMILIO SANCHEZ DURAN,
TDCJ-CID 606560

PETITIONER,

VS.

NATHANIEL QUARTERMAN,
Director, Texas Department of
Criminal Justice, Correctional
Institutions Division,

RESPONDENT.

2:06-CV-0349

MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO THE MAGISTRATES REPORT AND RECOMMENDATION.

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Emilio Sanchez Duran, Petitioner in the above cause, and pursuant to Fed. R. Civ. P. 6(a) files this Pro-Se motion for an extension of time to file his Objection to the Magistrates Report and Recommendation.

In support of this motion the petitioner will show the Court the following.

Petitioner requests for a 30 day extension of time to file his objection based on the following facts.

1) The petitioner has limited legal knowledge of the law, and 2) Has a limited time of (2) two hours a day at the Dalhart Unit Law Library in which slows down the research the Petitioner needs to adequately file his Objection.

The petitioner has not requested any extensions of time prior to this request. The present deadline for filing the Objection is May 29, 2008. The petitioner is requesting an extension to June 26, 2008 to file his objection to the Magistrates Report and Recommendation.

Wherefore Petitioner prays that this Court will grant his motion and extend the deadline for filing his Objection to the Magistrates Report and Recommendation.

Respectfully Submitted,

*Emilio Sanchez Duran*
EMILIO SANCHEZ DURAN #606560
APPLICANT PRO, SE
DALHART UNIT 11950 F.M. 998
DALHART, TEXAS 79022

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Motion for Extension of Time was mailed on May 27, 2008.

*Emilio Sanchez Duran*
EMILIO SANCHEZ DURAN, APPLICANT PRO-SE


I, EMILIO SANCHEZ DURAN, TDCJ-ID #606560 being presently incarcerated in the Dalhart Unit, Texas Department of Criminal Justice in Hartley County Texas, verify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on the 27th day of May 2008.

*Emilio Sanchez Duran*
EMILIO SANCHEZ DURAN #606560
APPLICANT, PRO-SE
DALHART UNIT 11950 F.M. 998
DALHART, TEXAS 79022



AMARILLO TX 791
29 MAY 2008 PM 2 T

#0606560
Emilio Sanchez Duran
Dalhart Unit 11950 FM 998
Dalhart, Texas 79022

ATTN: Karen S. Mitchell
Clerk, U.S. District Court
Northern District of Texas
205 East 5th St., UNIT 13240
Amarillo, Texas 79101

RECEIVED
MAY 30 2008
U.S. DISTRICT COURT
N. DISTRICT OF TEXAS

Legal Mail